NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOUNG JA CHO, AKA Young Ja Im, AKA Young Ja Kim, Petitioner, v. JEFFERSON B. SESSIONS III, Attorney General, Respondent. | No. 15-73330 Agency No. A089-627-351 MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 11, 2017[**]

Before:    GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Young Ja Cho, a native and citizen of South Korea, petitions for review of

the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her application under 8 U.S.C.

§ 1186a(c)(4)(B) for waiver of the joint filing requirement to remove the

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

conditional basis of her lawful permanent resident status.  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the agency's denial of a waiver under 8 U.S.C. § 1186a(c)(4)(B).  *Damon v. Ashcroft*, 360 F.3d 1084, 1088 (9th Cir. 2004).  We deny the petition for review.

Substantial evidence supports the agency's denial of Cho's application for a waiver under 8 U.S.C. § 1186a(c)(4)(B), where the record does not compel reversal of the agency's determination that Cho failed to establish that she entered into her marriage in good faith.  *See* 8 U.S.C. § 1186a(c)(4); *Oropeza-Wong v. Gonzales*, 406 F.3d 1135, 1148 (9th Cir. 2005).

We reject Cho's contentions that the agency failed to consider or discuss relevant evidence.  *See Najmabadi v. Holde*r, 597 F.3d 983, 990 (9th Cir. 2010) (agency need not write an exegesis on every contention); *Fernandez v. Gonzale*s, 439 F.3d 592, 603 (9th Cir. 2006) (petitioner did not overcome the presumption that the BIA did review the record).

**PETITION FOR REVIEW DENIED.**